

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2019

No. 04-19-00228-CV

**IN THE INTEREST OF T.J.**, et al children,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02673
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to file Brief is GRANTED. The appellant's brief is due July 1, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court